**ORDERED in the Southern District of Florida on February 5, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re: MARIO MILIAN PEREZ**
**XXX-XX-6328**
**OLGA LIDIA PEREZ**
**XXX-XX-7331**

**Case No:14-23464-AJC**
**Chapter 13**

**Debtors /**

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY SANTANDER CONSUMER USA**

THIS CASE is scheduled to be heard on an Evidentiary Hearing set for February 12, 2015 at 2:00p.m..on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 26; the "Motion").

Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the

Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

__x__Motor vehicle described as follows:

Year and Model of motor vehicle:2010 Chrysler Town and Country
Vehicle Identification Number (VIN #):2A4RR4DE4AR188484
Odometer reading:63,440

is $ 10,725.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 10,725.00

3. (Select only one):

_____ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _________% for a total of $_________________.

or

_x__Lender filed a proof of claim in this case, (Claim #4). It shall be classified as a secured claim in the amount provided in paragraph 2,

above, and as a general unsecured claim in the amount of $2,534.63, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 5.25% for a total of $12,217.20.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.
5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.
6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

**Law Offices of Patrick L. Cordero, P.A.**
Patrick L. Cordero, Esq., FL Bar No. 801992
Attorney for Debtor(s)
198 N.W. 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

Attorney, Patrick L. Cordero, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.