**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Mario Milian Perez__     JOINT DEBTOR: __Olga Lidia Perez__     CASE NO.: __14-23464 AJC__
Last Four Digits of SS# __6328__     Last Four Digits of SS# __7331__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
 A. $ __166.19__ for months __1__ to __9__ ;
 B. $ __258.00__ for months __10__ to __60__ ;
 C. $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $0.00 + 0.00 Costs = $0.00   TOTAL PAID $ __0.00 (PRO BONO)__
                   Balance Due    $ __0.00__ payable $ __0.00__ /month (Months __1__ to __60__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date  $_____
Address:_____      Arrears Payment    $_____ /month (Months _____ to _____)
         _____      Regular Payment    $_____ /month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | | Total Plan Payments |
|---|---|---|---|---|---|---|
| Santander Consumer USA 8585 N Stemmons Fwy #1100-n Dallas, TX 75247 Acct #71000 | 2010 Chrysler Town and Country Vin No.: 2A4RR4DE4AR188484 Agreed Value.: $10,725.00 | 5.25% | $149.57 $213.16 | 1   To   9 10  To  60 | | $12,217.20 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due  $_____
                                  Payable    $_____ /month (Months __1__ to __60__)

Unsecured Creditors: Pay $__19.04__/month (Months __10__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors. The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/ Mario Milian Perez__                              __/s/ Olga Lidia Perez__
Debtor                                                   Co-Debtor

Date: __02/09/2015__                                    Date: __02/09/2015__

LF-31 (rev. 01/08/10)